| | |
|---|---|
| Elizabeth Norwood _____ Plaintiff  V.  Mulberry Medical Aesthetics, LLC _____ Defendant | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:24-cv-0061

**RECEIVED**

JUL 12 2024

US DISTRICT COURT
MID DIST TENN

Response to filed lawsuit.

This response has been made within the required 21 days from receipt.

The defendant files a **Motion to Dismiss** on the following grounds.

1. There is currently no company in existence as Mulberry Medical Aesthetics.
2. The plaintiff has not provided any contract, record of communication verifying her claim of agreed employment for the company.
3. The plaintiff is opening a medical clinic that is in direct competition with the individual named in the suit.
4. This suit was not filed until after the competing clinic made an attempt to establish itself.
5. There are many clerical errors regarding the filing of the suit including County of individual's residence and location of home address.

All rights retained as applicable by law

*[signature]*

7-8-24



Mulberry Clinics
5328 Main St, Suite K
Spring Hill, TN 37174
MulberryClinicSpringHill.com

**RECEIVED**
JUL 12 2024
US DISTRICT COURT
MID DIST TENN



**CERTIFIED MAIL**

9589 0710 5270 0606 6357 26

Fred D. Thompson U.S. Courthouse + Federal Building
719 Church St.
Suite 1300
Nashville, TN 37203

Attn: ~~Adress~~ Mattie

U.S. POSTAGE PAID
FCM LETTER
SPRING HILL, TN 37174
JUL 08, 2024
$5.08
S2324K500979-16

RDC 99

37203