# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Elizabeth Norwood ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:24-cv-0061 |
| Mulberry Medical Aesthetics, LLC, et al. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Theron Hutton, MD
    5155 Reynolds Road
    Columbia, TN 38401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    The Swafford Law Firm, PLLC
    321 Billingsly Court, Suite 19
    Franklin, TN 37067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/11/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Theron Hutton, MD
was received by me on *(date)* 6/11/2024 .

☑ I personally served the summons on the individual at *(place)* by Certified mail
_____ on *(date)* 6/21/2024; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/7/2024

*Elliott Hart*
Server's signature

Elizabeth Hart, Attorney 030070
Printed name and title

321 Billingsly Ct, Ste 19, Franklin, TN 37067
Server's address

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Sarah Hutton* ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): Sarah Hutton<br>C. Date of Delivery: 6/31/24 |
| 1. Article Addressed to:<br>Theron Hutton, MD<br>5155 Reynolds Road<br>Columbia, TN 38401 | D. Is delivery address different from item 1? ☐ Yes ☒ No<br>If YES, enter delivery address below: |
| 9590 9402 7713 2152 5045 08 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 0090 0000 7974 3514 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |