# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Elizabeth Norwood <br> *Plaintiff* <br> v. <br> Mulberry Medical Aesthetics, LLC, et al. <br> *Defendant* | Civil Action No. 1:24-cv-0061 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mulberry Medical Aesthetics, LLC
c/o Theron Hutton, registered agent
5328 Main Street, Suite K
Spring Hill, TN 37174

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Swafford Law Firm, PLLC
321 Billingsly Court, Suite 19
Franklin, TN 37067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/11/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mulberry Medical Aesthetics, LLC
was received by me on *(date)* 6/11/2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Theron Hutton, MD , who is
designated by law to accept service of process on behalf of *(name of organization)* Mulberry Medical Aesthetics, LLC on *(date)* 6/20/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/7/2024

_Elizabeth Hart_
Server's signature

Elizabeth Hart, Attorney 030070
Printed name and title

321 Billingsly Ct, Ste 19, Franklin, TN 37067
Server's address

Additional information regarding attempted service, etc:



# USPS Tracking®

FAQs ›

| Track Packages Anytime, Anywhere | Get the free Informed Delivery® feature to receive automated notifications on your packages | Learn More |
|---|---|---|

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 70200090000079743521

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:52 am on June 20, 2024 in SPRING HILL, TN 37174.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
SPRING HILL, TN 37174
June 20, 2024, 9:52 am

● **Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
June 19, 2024, 12:47 am

● **USPS in possession of item**
FRANKLIN, TN 37064
June 18, 2024, 1:13 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

---

Text & Email Updates ⌄

---

USPS Tracking Plus® ⌄

---

Product Information ⌄