IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

__Elizabeth Norwood__,
  Plaintiff(s),

v.                                              Case No. __1:24-cv-00061__

__Mulberry Medical Aesthetics, LLC, and
Theron Hutton, MD,__
  Defendant(s).

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, __Defendant Mulberry Medical Aesthetics, LLC__ makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

   If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

   If yes, identify **on attached page(s)** all such owners.

| x | This party is a limited liability company or limited liability partnership.

> If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

| | This party is an unincorporated association or entity.

> If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

| | This party is trust.

> If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

| | Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

> If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 09/13/2024  Signature: */s/ Lauren Z. Curry*

Printed Name: Lauren Z. Curry

Title: Counsel for Mulberry Medical Aesthetics, LLC

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ELIZABETH NORWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:24-cv-00061 |
| | ) | |
| | ) | **JURY DEMANDED** |
| | ) | |
| MULBERRY MEDICAL | ) | **Chief Judge Campbell** |
| AESTHETICS, LLC, and | ) | **Magistrate Judge Holmes** |
| THERON HUTTON, MD, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S BUSINESS ENTITY DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.01 and Local Rule 7.02, Defendant Mulberry Medical Aesthetics, LLC, a non-governmental corporate party, provides the following disclosures:

The sole owner of Mulberry Medical Aesthetics, LLC was Dr. Theon Hutton. Dr. Theon Hutton resides in Tennessee. Mulberry Medical Aesthetics, LLC is no longer in operation.

No publicly traded company owns more than 10% of the stock of Mulberry Medical Aesthetics, LLC, its member entities, or its member entities' members, and no publicly held company otherwise has a direct financial interest in the outcome of this litigation.

Respectfully submitted,

/s/ *Lauren Z. Curry*
Lauren Z. Curry, BPR #030123
Micah N. Bradley, BPR #038402
Sherrard Roe Voigt & Harbison, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Facsimile: (615) 742-4539
lcurry@srvhlaw.com
mbradley@srvhlaw.com

*Counsel for Mulberry Medical Aesthetics, LLC and Theron Hutton, M.D.*

## CERTIFICATE OF SERVICE

      Service of the foregoing Answer was accomplished by the Court's ECF system on this 13th day of September, 2024, upon the following:

Tara L. Swafford
Elizabeth G. Hart
THE SWAFFORD LAW FIRM, PLLC
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

*Counsel for Plaintiff*

                                        */s/ Lauren Z. Curry*
                                        Lauren Z. Curry