IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE


_____Elizabeth  Norwood_____,
          Plaintiff(s),

v.                                                     Case No.____1:24-cv-00061_____

     Mulberry Medical Aesthetics, LLC, and
_____Theron Hutton,MD_____,
          Defendant(s).


**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

     Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, __Defendant Theron Hutton, MD__ makes the

following  disclosures:


**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required**
**information. Attach separate pages as necessary to fully provide required information.**

[X]          This party is an individual, who resides in Tennessee.


[ ]          This party is a publicly held corporation or other publicly held entity, incorporated in
_____ and with a principal place of business in _____.


[ ]          This party is a privately held corporation, incorporated in _____ and
          with a principal place of business in _____.


[ ]          This party has parent corporations

               If yes, identify **on attached page(s)** all parent corporations, including
               grandparent and great-  grandparent corporations.

[ ]          Ten percent or more of the stock of this party is owned by a publicly held
          corporation or other publicly held entity.

               If yes, identify **on attached page(s)** all such owners.

☐   This party is a limited liability company or limited liability partnership.

> If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐   This party is an unincorporated association or entity.

> If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐   This party is trust.

> If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐   Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

> If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 09/13/2024      Signature: */s/ Lauren Z. Curry*

Printed Name: Lauren Z. Curry

Title: Counsel for Defendant Theron Hutton MD

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

## <u>CERTIFICATE OF SERVICE</u>

Service of the foregoing Answer was accomplished by the Court's ECF system on this 13th day of September, 2024, upon the following:

Tara L. Swafford
Elizabeth G. Hart
THE SWAFFORD LAW FIRM, PLLC
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

*Counsel for Plaintiff*

/s/ Lauren Z. Curry
Lauren Z. Curry