IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ELIZABETH NORWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:24-cv-00061 |
| | ) | |
| | ) | JURY DEMANDED |
| | ) | |
| MULBERRY MEDICAL | ) | Chief Judge Campbell |
| AESTHETICS, LLC, and | ) | Magistrate Judge Holmes |
| THERON HUTTON, MD, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Lauren Z. Curry of the law firm Sherrard Roe Voigt & Harbison, PLC, respectfully gives notice of her appearance in this matter as counsel on behalf of Defendants Mulberry Medical Aesthetics, LLC ("MMA") and Theron Hutton, MD.

Dated: September 13, 2024

Respectfully submitted,

/s/ *Lauren Z. Curry*
Lauren Z. Curry, BPR #030123
Sherrard Roe Voigt & Harbison, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Facsimile: (615) 742-4539
lcurry@srvhlaw.com
mbradley@srvhlaw.com

*Counsel for Mulberry Medical Aesthetics, LLC and Theron Hutton, M.D.*

# **CERTIFICATE OF SERVICE**

      Service of the foregoing Answer was accomplished by the Court's ECF system on this 13th day of September, 2024, upon the following:

Tara L. Swafford
Elizabeth G. Hart
THE SWAFFORD LAW FIRM, PLLC
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

*Counsel for Plaintiff*

                                                  */s/ Lauren Z. Curry*
                                                  Lauren Z. Curry