IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ELIZABETH NORWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:24-CV-00061 |
| | ) | Chief Judge Campbell |
| v. | ) | Magistrate Judge Holmes |
| | ) | |
| MULBERRY MEDICAL AESTHETICS, LLC, and THERON HUTTON, MD, | ) ) ) ) | JURY DEMANDED |
| Defendants. | | |

## JOINT MOTION FOR CASE MANAGEMENT CONFERENCE

Plaintiff Elizabeth Norwood ("Plaintiff") and Defendants Mulberry Medical Aesthetics, LLC and Theron Hutton, MD (collectively, "Defendants"), by and through counsel, jointly move this Court to reset the initial case management conference. The initial case management conference was originally scheduled to be held on September 16, 2024 and was canceled by the Court on August 21, 2024 (Doc. 12). The Court ordered Defendants to respond to the Complaint by September 13, 2024, which they have done. (Doc. 13.) The Court also stated that it would be Plaintiff's responsibility to move to reset the initial case management conference. For these reasons, the parties now jointly request that an initial case management conference be held so that a case management order may be entered.

1

Respectfully submitted,

/s/ Elizabeth G. Hart
THE SWAFFORD LAW FIRM, PLLC
Tara L. Swafford BPR # 17577
Elizabeth G. Hart, BPR # 30070
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

*Counsel for Elizabeth Norwood*



/s/ Micah N. Bradley
Lauren Z. Curry, BPR #030123
Micah N. Bradley, BPR #038402
Sherrard Roe Voigt & Harbison, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Facsimile: (615) 742-4539
lcurry@srvhlaw.com
mbradley@srvhlaw.com

*Counsel for Mulberry Medical Aesthetics, LLC and Theron Hutton, M.D.*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on:

Lauren Z. Curry
Micah N. Bradley
Sherrard Roe Voigt & Harbison, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
lcurry@srvhlaw.com
mbradley@srvhlaw.com


on this 27th day of September 2024.

                                                /s/     Elizabeth G. Hart
                                                            Elizabeth G. Hart