IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | |
|---|---|
| ELIZABETH NORWOOD ) | |
| ) | Case No. 1:24-cv-00061 |
| v. ) | Chief Judge Campbell |
| ) | Magistrate Judge Holmes |
| MULBERRY MEDICAL AESTHETICS, LLC ) | |
| and THERON HUTTON ) | |

## ORDER

Pending before the Court is the parties' joint motion to reset the initial case management conference (Docket No. 18), which is **GRANTED**.

The initial case management conference is **RESCHEDULED** to **October 16, 2024 at 2:00 p.m.**[1] by telephone conference using the Court's conference line at 1-877-402-9753, access code 3808663#. The parties are directed to prior filings for directions on of a joint proposed initial case management order, which must be filed by no later than **three (3) business days** before the initial case management conference and a Word formatted copy of which must be separately emailed to Courtroom Deputy Megan Cobos at the email address in n.1.[2]

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] If this date and time present an unresolvable scheduling conflict, counsel must promptly contact Courtroom Deputy Megan Cobos, at megan_cobos@tnmd.uscourts.gov, to coordinate another mutually agreeable date and time available on the Court's calendar and then file a motion to reschedule.

[2] Counsel should utilize the form initial case management order found on the Court's website under the link to Magistrate Judge Holmes with designated provisions for Chief Judge Campbell's cases.