**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **ELIZABETH NORWOOD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 1:24-CV-00061** |
| | ) | **Chief Judge Campbell** |
| **v.** | ) | **Magistrate Judge Holmes** |
| | ) | |
| **MULBERRY MEDICAL** | ) | **JURY DEMANDED** |
| **AESTHETICS, LLC, and** | ) | |
| **THERON HUTTON, MD,** | ) | |
| | ) | |
| **Defendants.** | | |

---

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

---

Pursuant to Federal Rule of Civil Procedure 15 and Local Rule 15.01, Plaintiff Elizabeth Norwood ("Plaintiff" or "Norwood"), by and through counsel, respectfully requests leave to file a First Amended Complaint, attached as Exhibit 1.

This litigation involves Norwood's employment with Defendants Mulberry Medical Aesthetics, LLC and Theron Hutton, MD ("Defendants") and a closely related entity, Mulberry Clinics, PLLC. Her allegations against Defendants Mulberry Spa and Hutton relate to violations of the Fair Labor Standards Act and are contained in the original Complaint (Doc. 1). Norwood's allegations against Mulberry Clinics, which is not yet a named Defendant, relate to the termination of her employment in violation of Title VII of the Civil Rights Act of 1964. When Norwood initiated this litigation with the filing of the original Complaint (Doc. 1), she had not yet received a Right to Sue related to her Title VII claim against Mulberry Clinics. She has now received that and respectfully requests leave to amend her Complaint to add a claim for Title VII retaliation

1

against a new defendant, Mulberry Clinics, PLLC. Mulberry Clinics and Mulberry Spa are both owned and operated by Defendant Hutton.

Amending the Complaint to add this allegation and related defendant will not delay this litigation, as discovery is still underway and Norwood indicated in the original Complaint that she would seek to make this amendment. Further, adding the claim to the current lawsuit will allow for a more efficient litigation of these inter-related issues.

Counsel for Norwood consulted with counsel for Defendants Mulberry Spa and Hutton by email on October 30 and November 6, 2024. As of the date of filing this motion, they have not responded as to whether Defendants oppose the relief sought.

WHEREFORE, for the foregoing reasons, Norwood respectfully requests leave to file the attached First Amended Complaint and for process to issue for service on Mulberry Clinics, PLLC.

Respectfully submitted,

/s/ Elizabeth G. Hart
THE SWAFFORD LAW FIRM, PLLC
Tara L. Swafford BPR # 17577
Elizabeth G. Hart, BPR # 30070
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

*Counsel for Elizabeth Norwood*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on:

Lauren Z. Curry
Micah N. Bradley
Sherrard Roe Voigt & Harbison, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
lcurry@srvhlaw.com
mbradley@srvhlaw.com

on this the 19th day of November 2024.

/s/      Elizabeth G. Hart
        Elizabeth G. Hart
