# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT COLUMBIA

| | | |
|---|---|---|
| **ELIZABETH NORWOOD** | ) | |
| | ) | **Case No. 1:24-cv-00061** |
| **v.** | ) | **Chief Judge Campbell** |
| | ) | **Magistrate Judge Holmes** |
| **MULBERRY MEDICAL AESTHETICS, LLC** | ) | |
| **and THERON HUTTON** | ) | |

## O R D E R

Pending before the Court is Plaintiff's motion for leave to file amended complaint (Docket No. 25), which, for the reasons requested, is **GRANTED**.[1] Further, no timely response was filed, and the motion is therefore deemed unopposed pursuant to Local Rule 7.01(a)(3). Accordingly, the Clerk is **DIRECTED** to separately file and docket the first amended complaint currently found at Docket No. 25-1. Once filed, the first amended complaint is the legally operative complaint. *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000).

Promptly upon service of process on newly added Defendant Mulberry Clinics, PLLC, Plaintiff must file a return of service in accordance with Fed. R. Civ. P. 4(l).

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] The Court will treat Plaintiff's motion as a combined motion and supporting memorandum of law required by Local Rule 7.01(a)(2). Plaintiff is however cautioned that compliance with the express standards of Local Rule 7.01 may not be excused in the future.