IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | |
|---|---|
| ELIZABETH NORWOOD ) | |
| ) | Case No. 1:24-cv-00061 |
| v. ) | Chief Judge Campbell |
| ) | Magistrate Judge Holmes |
| MULBERRY MEDICAL ) | |
| AESTHETICS, LLC, THERON HUTTON, ) | |
| and MULBERRY CLINIC, PLLC ) | |

## O R D E R

In the November 25, 2024 order granting the motion of counsel of record to withdraw (Docket No. 27), the Court allowed Defendants 45 days to secure new counsel and expressly cautioned originally named Defendant Mulberry Medical Aesthetics, LLC that it can only appear in federal court through an attorney. Because no counsel has entered an appearance, Defendant Theron Hutton is deemed to be proceeding *pro se*.

**However, DEFENDANT MULBERRY MEDICAL AESTHETICS, LLC IS PUT ON NOTICE AND CAUTIONED THAT, unless counsel enters an appearance on its behalf by no later than JANUARY 31, 2025, default may be entered and recommendation for or default judgment may be entered against Defendant Mulberry Medical Aesthetics, LLC, without further order.**

By separate order, the Court also granted Plaintiff's motion for leave to amend to, among other amendments, add Mulberry Clinic, PLLC as a defendant. The same restriction on participation only through counsel applies to Defendant Mulberry Clinic, PLLC and should Defendant Mulberry Clinic, PLLC fail to retain counsel, it will likewise be subject to entry of default and default judgment.

The Clerk is directed to send a copy of this Order to Defendant Theron Hutton and to Defendant Mulberry Medical Aesthetics c/o Theron Hutton.[1]

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] To be clear, this direction should not be misconstrued as an indication that Defendant Hutton may appear on behalf of any other Defendant in this case. This instruction is simply to provide notice to Defendant Mulberry Medical Aesthetics, for which Theron Hutton appears to have been the primary client contact. *See* Docket No. 26-1.