IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNEsSEE

| | |
|---|---|
| ELIZABETH NORWOOD, plaintiff. | No. 1:24-CV-00061 |
| v. | Chief Judge Campbell |
| MULBERRY MEDICAL AESTHETICS, LLC and THERON HUTTON, MD, defendants | Magistrate Judge Holmes |

### Motion to Show Authority and Validation of Representation

Pursuant to **5 FRCP (b) (1). 11 FRCP (a), 12 FRCP (b), 17 FRCP (a) (1), 28 USC § 1654 and TN Code § 23-3-103 (2023)** the defendant requests to court to compel the attorneys for the plaintiff to demonstrate their authority to appear in the above stated court, to litigate against the defendant and act on behalf on the plaintiff.

Remit with in due time all documentation in real, certified and authenticated form the following:

1. The plaintiff's attorneys licenses to practice law in the State of Tennessee or any evidence of comity.
2. The plaintiff's attorneys current authorization to admission to the Bar in Tennessee either by direct admission or comity.
3. The plaintiff's attorneys Oaths of admission to the Bar in Tennessee.
4. The plaintiff's attorneys evidence of Successful completion of all prerequisites for admission to the Bar in Tennessee.
5. The plaintiffs attorney's evidence if retainer to represent to plaintiff.
6. Names of any and all other parties involved int he preparation, filing and handling of documents related to the case.

Respectfully Submitted,

by: *[signature]* autograph
Theron Lye Hutton,
In Pripria Persona
All Rights Reserved
Without Prejudice

## Certificate of Service

I hearty certify that true copies of the above document were served via USPS certified mail.

On:

Swafford Law Firm
Tara Swafford
Elizabeth Hart
321 Billingly Court, Suite 19
Franklin, TN (37067)

December 31st, 2024.

T Hutton
PO Box 126
Columbia TN 38402

**CERTIFIED MAIL**

9589 0710 5270 2322 8525 55

Retail   

U.S. POSTAGE PAID
FCM LETTER
COLUMBIA, TN 38401
JAN 15, 2025
37203
**$9.68**
S2324K502295-9
RDC 99

RECEIVED
JAN 21 2025
US DISTRICT COURT
MID DIST TENN

U.S. District Court
Clerks' Office
719 Church Street
Nashville, TN ~~37203~~ 37203