IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ELIZABETH NORWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 1:24-cv-00061 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| MULBERRY MEDICAL ) | |
| AESTHETICS, LLC, et al., ) | MAGISTRATE JUDGE HOLMES |
| ) | |
| Defendants. ) | |

## ORDER

This case is hereby **REFERRED** to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) for consideration of all pretrial matters, including submission of proposed findings of fact and recommendations for dispositive motions.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE