# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| ELIZABETH NORWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:24-CV-00061 |
| | ) | Chief Judge Campbell |
| v. | ) | Magistrate Judge Holmes |
| | ) | |
| MULBERRY MEDICAL AESTHETICS, LLC, | ) | JURY DEMANDED |
| THERON HUTTON, MD, and | ) | |
| MULBERRY CLINIC, PLLC, | ) | |
| | ) | |
| Defendants. | ) | |

## CASE RESOLUTION STATUS REPORT

Pursuant to the Initial Case Management Order (DE 21), Plaintiff Elizabeth Norwood ("Plaintiff" or "Norwood"), by and through counsel, submits this Case Resolution Status Report. Counsel for Plaintiff attempted to make this a joint report with Defendant Theron Hutton ("Hutton"), but Defendant Hutton did not respond by the time this report was filed. Defendants Mulberry Medical Aesthetics, LLC and Mulberry Clinic, PLLC have not joined in this report as they are not represented by counsel. Further, default has been entered against Mulberry Medical, and a request for entry of default is pending against Defendants Mulberry Clinic and Hutton. (DE 38, 40, 41.)

Plaintiff served initial disclosures and discovery requests on Defendants Hutton and MMA in November, 2024. Defendants have not responded to discovery and have not served initial disclosures. (*See* Hart Declaration, Feb. 14, 2025, Ex. A to Memorandum in Support of Request for Entry of Default, DE 41-1.) Defendant Mulberry Clinic has not participated in this litigation

1

in any manner. Plaintiff made an initial settlement demand to all Defendants prior to this litigation being filed. Defendants did not make a counter-offer to settle. Defendants have not materially participated in this litigation, thus, the parties have not discussed settlement since the initial demand was sent.

Respectfully submitted,

/s/ Elizabeth G. Hart
THE SWAFFORD LAW FIRM, PLLC
Tara L. Swafford BPR # 17577
Elizabeth G. Hart, BPR # 30070
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

*Counsel for Elizabeth Norwood*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via U.S. Mail and/or electronic mail on:

Mulberry Medical Aesthetics, LLC
Mulberry Clinic, PLLC
Theron Hutton, MD
5328 Main Street, Suite K
Spring Hill, TN 37174
thehutton@protonmail.net

on this the 14th day of February 2025.

/s/ Elizabeth G. Hart
Elizabeth G. Hart