IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ELIZABETH NORWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 1:24-cv-00061 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| MULBERRY MEDICAL AESTHETICS, ) | MAGISTRATE JUDGE HOLMES |
| LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation recommending that Plaintiff's motion for default judgment be granted in part with respect to Defendants Mulberry Medical Aesthetics, LLC and Theron Hutton, M.D. and denied with respect to Defendant Mulberry Clinics, PLLC. (Doc. No. 48). The Report and Recommendation advised the parties that objections to the Magistrate Judge's Report and Recommendation were to be filed within fourteen days of service. (Doc. No. 48 at 13). No objections have been filed. The Court has reviewed the Report and Recommendation (Doc. No. 48) and concludes that it should be **ADOPTED** and **APPROVED** in part.

The Court finds that Plaintiff's First Amended Complaint sufficiently alleges a claim for retaliation under Title VII. Specifically, Plaintiff alleges that during her termination, Defendant Hutton informed her "that he had received information that a former employee and a 'colleague' of hers had opposed gender discrimination in the workplace" and that "he had assumed that she was the 'colleague', and this suspicion was confirmed (to him) when she did not answer his questions about gender discrimination or inappropriate behavior in the workplace to his satisfaction" and "that he decided that he could not be her supervising physician anymore

(effectively firing her) because of his belief that she was this 'colleague' that opposed gender discrimination." (Doc. No. 29 ¶¶ 44-46). The Court finds that Plaintiff's allegations that she was terminated for opposing gender discrimination sufficiently allege that she engaged in "protected activity" under Title VII and default judgment is appropriate on Plaintiff's Title VII claim.

Accordingly, the Report and Recommendation is **ADOPTED** and **APPROVED** with the following modifications. The Court **ORDERS** as follows:

1. Plaintiff's unopposed motion for default judgment (Doc. No. 44) is **GRANTED**.

2. Plaintiff is awarded damages of $196,365.31 against Defendants Mulberry Medical Aesthetics, LLC and Theron Hutton, M.D., individually and jointly and severally, comprised of (a) unpaid minimum wages in the amount of $8,765.31; (b) liquidated damages for unpaid minimum wages in the amount of $8,765.31; and (c) damages under a theory of unjust enrichment in the amount of $178,834.69.

3. Plaintiff is awarded damages of $988,930.00 against Defendant Mulberry Clinics, PLLC which consists of (a) past wages in the amount of $155,826.00; (b) future wages in the amount of $733,104.00; and (c) emotional distress damages of $100,000.00;

4. Plaintiff's request to recover $24,970.00 in attorney's fees and $405.00 in costs is **DENIED WITHOUT PREJUDICE** to refiling in accordance with Local Rules 54.01 and 55.01(b)(3);

5. Plaintiff's request for the Court to order Defendants Theron Hutton and Mulberry Clinics, PLLC to provide Plaintiff with the contact information of all patients seen by Plaintiff in her last thirty-six (36) months of employment at Mulberry Clinics, PLLC is **DENIED**; and

6. This Order constitutes final judgment for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE