# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

Elizabeth Norwood

                                  Plaintiff,

v.                                               Case No.: 1:24−cv−00061

Mulberry Medical Aesthetics, LLC, et al.

                                  Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/3/2025 re [49].

                                                          Lynda M. Hill
                                                 s/ Kim Chastain, Deputy Clerk